**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Joshua L. Crowell (#295411)
Alexa J. Mullarky (#307932)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  rprongay@glancylaw.com

*Attorneys for Plaintiff Phyllis Hull*
[Additional Counsel on Signature Page]

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS HULL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> QLOGIC CORPORATION, PRASAD L. RAMPALLI, and JEAN HU, <br><br> Defendants. | Case No. 8:15-cv-01560-AG-SS <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Pursuant to the Joint Stipulation of Dismissal, it is hereby ordered that:

1.     The above-captioned action is dismissed with prejudice as to Phyllis Hull and her individual claims and without prejudice as to the unnamed class members; and

2.     The Parties shall each bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  March 7, 2016

_____
The Honorable Andrew J. Guilford
United States District Judge